IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SHELBY SORRELLS | DOCKET NO.: 2:23-cv-120 |
| Plaintiff | |
| | SECTION: |
| VS. | JUDGE |
| PRESTIGE TRANSPORT LLC AND LARRY CALVIN NICHOLS | MAGISTRATE: |
| | UNDER TITLE: DIV. JURIS. 28 U.S.C., 1332 |
| Defendants | |

**COMPLAINT FOR DAMAGES**

JURISDICTON AND VENUE

Plaintiff, SHELBY SORRELLS, is a person of full age and majority domiciled in City of Shreveport, State of Louisiana.

Plaintiff alleges acts of negligence against defendants pursuant to 28 U.S.C., 1332, diversity of citizenship of the parties. Furthermore, the amount in controversy as to each party in this matter exceeds the jurisdictional limits of this Honorable Court of $75,000.00.

Consequently, jurisdiction of this Honorable Court is proper.  By virtue of the existence of diverse parties, this Honorable Court has subject matter jurisdiction over this claim as follows:

a. First named Defendant is Prestige Transport, LLC. who upon information and belief is a State of Michigan corporation with their principle place of business also being in Michigan. The sole Member is Almir Duric who is a Citizen Domiciled in Kentwood, Michigan; that may be served through it's agent for service of process, Almir Duric, at 4520 40TH ST SE, GRAND RAPIDS MI 49512; who is doing business in Cass County,

    Texas and who at all times mentioned herein is the owner of a White 2019 Freightliner Vin No.: 3AKJHHDR4KSKK7775 Tractor trailer which was involved in a collision on May 13, 2022 and employer of Defendant, LARRY CALVIN NICHOLS, and who at all times mentioned herein was in the course and scope of employment.

b. Second named Defendant, LARRY CALVIN NICHOLS who, may be served at 417 Grizzly Ridge, Bryson City, North Carolina 28713 was operating White 2019 Freightliner Vin No.: 3AKJHHDR4KSKK7775 Tractor trailer, which was involved in a collision on May 13, 2022 and at all times herein employed by Defendant, Prestige Transport, LLC., and operating within the course and scope of employment.

## COUNT 1 - CAUSE OF ACTION

All of the aforementioned defendants are jointly, severally and in solido liable unto plaintiff for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

On or about May 13, 2022, at approximately 6:24 P.M., Plaintiff, SHELBY SORRELLS, was operating her white 2017 Hyundai Elantra traveling Northbound on State Highway 43 which is a Two lane Highway at around the municipal address of 7081 - 7099 in the City of Bivins, Cass County, Texas in a Safe and prudent manner.

At approximately the same time and place Defendant, LARRY CALVIN NICHOLS was driving his 18-wheeler, a White 2019 Freightliner Vin No.: 3AKJHHDR4KSKK7775 towing a tractor trailer traveling Northbound on State Highway 43 at an unsafe distance directly behind Plaintiff SHELBY SORRELLS, in a reckless and imprudent manner at a high rate of speed.

Plaintiff, SHELBY SORRELLS activated her left turn signal and slowed her vehicle and proceeded to make a left turn maneuver into the private driveway marked "Living Pines" located

at 7081 SH 43, City of Bivins, Cass County, Texas.

At or around the same time Defendant, LARRY CALVIN NICHOLS, drove his tractor Trailor onto the left side of SH 43 across the double line in the no passing section of State Highway 43, entered into the Southbound Lane of travel against the flow traffic in violation of Sec. 545.055. entitled "PASSING TO THE LEFT: PASSING ZONES" which reads as follows:

> "(b) An operator may not drive on the left side of the roadway in a no-passing zone or on the left side of any pavement striping designed to mark a no-passing zone. This subsection does not prohibit a driver from crossing pavement striping, or the center line in a no-passing zone marked by signs only, to make a left turn into or out of an alley or private road or driveway."

Suddenly unexpectedly and without warning struck the rear driver's side panel of plaintiff SHELBY SORRELLS's vehicle causing serious bodily injury and totaling her vehicle and thus causing major property damage.

## COUNT 2 – NEGLIGENCE

The Defendant, Prestige Transport, LLC. and Defendant, LARRY CALVIN NICHOLS are liable for their own negligence under Texas law and things in their custody and control and are vicariously liable for the negligence of their employees and liable under the legal theory of *respondeat superior* and its employee Defendant, LARRY CALVIN NICHOLS.

Defendant, Prestige Transport, LLC. and Defendant, LARRY CALVIN NICHOLS are liable unto plaintiff for their own negligence and the negligence of employees and its insured's which includes but is not limited to the following:

a. Failure to keep a proper lookout;

b. Failure to make a timely application of his brakes so as to avoid striking plaintiff;

    c.  Negligent entrustment;

    d.  Improper Supervision and training;

    e.  Failure to educate employees on driver safety;

    f.  Failure to properly screen employees for health impediments which could inhibit and hamper the ability to safely operate a motor vehicle;

    g.  Failure to exercise reasonable vigilance;

    h.  Failure to maintain reasonable and proper control of his vehicle;

    i.  Failure to see what he should have seen;

    j.  Failure to observe the posted speed limit;

    k.  Negligence per se Texas Transportation Code at Sec. 545.055.;

    l.  Failure to adhere to traffic control devices, signs, and signals; and

    m.  Any and all other acts of negligence which might be shown at the time of this trial.

## COUNT 3 – DAMAGES

As a result of the aforementioned incident, Plaintiff, SHELBY SORRELLS who was 20-years-old at the time of this accident, suffered severe injuries which injuries include, but are not limited to, upper thoracic extension restriction with pain, Cervical strain/sprain, Thoracic strain/sprain persisting headaches, in addition to neurological damage to her brain now affecting her eyesight including but not limited to multiple aggravations of vertebrae disc herniation, bulges which will require and she has been recommended as a candidate for Surgery on the cervical section of her spine, to alleviate the pain associated with the injuries complained of herein. In addition, damages include past, present, and future mental anguish and physical pain and suffering and loss of function; past, present, and future medical expenses at this time total $140,593.41; past, present and future lost wages; and loss of enjoyment of life; and damage to property.

## COUNT 4 - RELIEF SOUGHT

Plaintiff, SHELBY SORRELLS, is entitled to an amount in damages reasonably calculated to compensate her for injuries she sustained which included but not limited to:

a. Past, present, and future mental pain, suffering and anguish;

b. Past, present, and future physical pain and suffering and loss of function;

c. Past, present, and future medical expenses;

d. Past, present and future lost wages;

e. Loss of enjoyment of life;

f. loss of property; and

g. Any and all other damages cognizable by the Constitution of the State of Texas and the United States Constitution.

## PRAYER FOR RELIEF

Plaintiff avers amicable demand to no avail.

**WHEREFORE,** Plaintiff, SHELBY SORRELLS prays that this Complaint be filed and that Defendant, Prestige Transport, LLC. and Defendant, LARRY CALVIN NICHOLS be duly cited and served with a copy of the same to appear and answer same and after all legal delays and due proceedings are had that there be judgment herein in favor of Plaintiff, SHELBY SORRELLS, and against Defendant, Prestige Transport, LLC. and Defendant, LARRY CALVIN NICHOLS jointly, severally, and in solido in an amount reasonably calculated to compensate Plaintiff for her damages, together with legal interest thereon, from date of judicial demand until paid and for all costs of the proceedings and all general and equitable relief this Honorable Court deem necessary.

       Respectfully submitted,

       *DENNIS SPURLING PLLC*
       *ATTORNEY AT LAW & FRIENDS*

       */s/ Dennis Spurling*
       DENNIS D. SPURLING (TB# 24053909)
       J.P. Morgan Chase Building
       3003 South Loop West – Suite 400
       Houston, Texas 77054
       (713) 229 – 0770 Telephone
       (713) 229 – 8444 Facsimile
       ddspurling@dennisspurling.com